UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esquire (#019621997)
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com
*Attorney for Levittown, L.P.*

| In re:                                    | Case No. 24-21705          |
|                                           |                            |
|     Joseph C. Romano and                  | Judge Mark Edward Hall     |
|     Elizabeth H . Romano                  |                            |
|                     *Debtors*             | Chapter 13                 |
|                                           |                            |
|                                           | Hearing Date:              |
|                                           | October 1, 2025            |

### RESPONSE OF LEVITTOWN, L.P. TO
### DEBTORS' MOTION TO MODIFY CLAIM OF LEVITTOWN, LP (CLAIM #7)

1.      On or about December 7, 2023, Respondent, Levittown, L.P. ("Landlord"), R7

Lease Purchase Inc. d/b/a Premier Rentals ("Tenant") and Debtor, Joseph Romano ("Guarantor")

entered into a Settlement Agreement and Release and Stipulation of Settlement Between the Parties

(the "Settlement Agreement").  A true and correct copy of the Settlement Agreement is attached

hereto as Exhibit "A" and made a part hereof.

3.      On or about May 8, 2024 and August 7, 2024, Landlord issued a 5 day notice of

default to Tenant and Guarantor/Debtor via U.S. Mail, Postage Prepaid and electronic mail for

failure to make the installment payments due under the Agreement.  True and correct copies of the

notices of default are attached hereto collectively as Exhibit "B" and made part hereof.

4.       Subsequently, Debtor/Guarantor failed to timely make the installment payments due on October 1, 2024 in the amount of $3,333.33 and November 1, 2024 in the amount of $3,333.33.  No further notices of default and opportunity to cure are required under the Agreement. See Exhibit "A".

5.       As a result of the default, pursuant to the Agreement and the Stipulation, judgment may be entered against Debtor/Guarantor in the amount of $175,000.00 plus additional attorney's fees and interest less payments made under the Agreement.

6.       Debtor/Guarantor has made payments totaling $54,999.97 under the Agreement and Stipulation.

7.       On or about November 15, 2024, Landlord/Respondent filed a Motion for Entry of Judgment seeking judgment, as authorized by the Stipulation, in favor of Landlord/Respondent and against Guarantor/Debtor in the amount of $121,500.03 representing $175,000.00 plus $1,500.00 attorney's fees less payments totaling $54,999.97 made under the Agreement.  A true and correct copy of the Motion for Entry of Judgment is attached hereto as Exhibit "C" and made a part hereof.

8.       Subsequently, on November 26, 2024, Debtors filed for protection under Chapter 13 of the United States Bankruptcy Code.

9.       As a result of the bankruptcy filing, on or about December 4, 2024, Landlord/Respondent withdrew its Motion for Entry of Judgment and on December 10, 2024 filed a Proof of Claim properly setting forth the pre-petition det owed to Landlord in the amount of $121.500.03.

WHEREFORE, Respondent, Levittown, L.P., respectfully requests that Debtors' Motion
to Modify Claim be denied.


/s/   *Dana S. Plon*

DANA S. PLON, ESQUIRE
*Attorney for Respondent,*
*Levittown, L.P.*

September 24, 2025